*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**SC JOHNSON & SON, INCORPORATED, Plaintiff–Appellee,**

v.

**Eric Lee JENSEN, Defendant–Appellant.**

**No. 2007–1003.**

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

Eric Lee Jensen, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Hudnell BROGDON, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

**No. 2007–3011.**

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

Hudnell Brogdon, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.